1
2
3
4
5
WILDE & ASSOCIATES
Gregory L. Wilde. Esq.,
Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com,

**Attorney for Secured Creditor**
Wells Fargo Bank, N.A.
10-71537

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Heather Atsidis-Nueman,<br><br><br><br><br><br>Debtor. | BK-10-51181-GWZ<br>**Original Hearing Date/Time**<br>Date:  August 20, 2010<br>Time:  1:30 pm·<br><br>**Continued Hearing Date/Time**<br>Date:  October 8, 2010<br>Time:  1:30 pm<br>Chapter 13 |

**STIPULATION AND ORDER TO CONTINUE SECURED CREDITOR'S MOTION FOR**

**RELIEF FROM THE AUTOMATIC STAY**

COMES NOW. the parties in the above matter, Gregory L. Wilde. Esq., Attorney for Secured Creditor by and through William M. O'Mara. Esq., the Debtor's counsel, hereby

///

///

///

///

stipulate to continue Secured Creditor's Motion for Relief from the Automatic Stay to October 8, 2010, at 1:30 pm.

Approved as to its form and content:

WILDE & ASSOCIATES

By /s/ #10235

GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 S. Jones Boulevard
Las Vegas, Nevada 89107

WILLIAM M. O'MARA, ESQ.

By /s/ William M. O'Mara

WILLIAM M. O'MARA, ESQ.
Attorney for Debtors
311 E. Liberty St.
Reno, NV 89505

2

**WILDE & ASSOCIATES**
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas. Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
**Attorney for Secured Creditor**

Wells Fargo Bank, N.A.
10-71537

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-10-51181-gwz |
|---|---|
| Heather Atsidis-Nueman, | Date: 10/8/2010<br>Time: 1:30 pm |
| Debtors. | Chapter 7 |

## CERTIFICATE OF SERVICE

1. On __8/19/10__ I served the following documents(s):

   STIPULATION AND ORDER TO CONTINUE SECURED CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

   X  a. ECF System

   William M. O'Mara
   Omara9@aol.com
   Attorney for Debtor

   William Van Meter
   c13ecf@nvbell.net
   Trustee

   X  b. United States mail, postage fully prepaid:

   William M. O'Mara
   311 E. Liberty Street
   Reno. NV 89501
   Attorney for Debtor

Heather Atsidis-Neuman
2715 Ramona Road
Reno. NV 89521
Debtor

Internal Revenue Service
Attn: Managing Agent
STOP 5028
110 CITY PARKWAY
LAS VEGAS. NV 89106

**c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐   1.   For a party represented by an attorney. delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐   2.   For a party. delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐  **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : 8/19/10

_____
Jamie Miller
Employee of Wilde & Associates