

Entered on Docket
November 18, 2010

_____
      Hon. Michael S. McManus
    United States Bankruptcy Judge

WILLIAM A. VAN METER, TRUSTEE
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada  89513
Telephone:  (775) 324-2500
tobyc13@nvbell.net

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

HEATHER L. NEUMAN,

Debtor.

/

CASE NO. **BK-N 10-51181-GWZ**

CHAPTER 13

**ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN**

Hearing Date:  October 22, 2010
Time:  2:00 p.m.

      The Debtors' Chapter 13 Plan and Motion to Value Collateral having been served on all parties in interest and the Court finding, after proper notice and an opportunity for hearing, and for other good cause appearing;

    **IT IS ORDERED** that confirmation of the Debtors' plan is **denied**.

Prepared by:

CHAPTER 13 TRUSTEE

/S/ WILLIAM A. VAN METER
WILLIAM A. VAN METER, TRUSTEE

HEATHER L. NEUMAN
BK-N 10-51181-GWZ
ORDER CONFIRMING CHAPTER 13 PLAN
Page 1 of  3

**Approved**/Disapproved by:

/S/  WILLIAM M. OMARA
WILLIAM M OMARA, ESQ
Attorney for Debtor

ALTERNATIVE METHODS re: RULE 9021:

In accordance with L.R. 9021, the undersigned certifies:

   _____    The court waived the requirements of L.R. 9021.

   __X__    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:
       __X__    approved the form of this order as indicated above;
       _____    waived the right to review the order; and/or
       _____    failed to file and serve papers in accordance with L.R. 9021(c).

   _____    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:

       NONE

   _____    No opposition was filed to the motion and no other party or counsel appeared at the hearing.

**Dated:** November 17, 2010

       /S/ Teresa Herzinger
       Teresa Herzinger
       Assistant to William A. Van Meter, Trustee
       P.O. Box 6630
       Reno, NV  89509

       ###